#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JAMIE GALE and AMBER BROOKS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 19-cv-02088-KHV** |
| **MENTOR WORLDWIDE, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

#### JUDGMENT IN A CIVIL CASE

**( )   JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. # 40) filed September 23, 2019 wherein defendant's  Rule 12(b)(6) Motion To Dismiss Plaintiffs' Complaint (Doc. #10) filed April 15, 2019 was SUSTAINED, this action is **DISMISSED**.


Dated: 9/24/2019                                    TIMOTHY M. O'BRIEN, CLERK

                                                    s/ Andrea Schreyer
                                                    Deputy Clerk