IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JAMIE GALE and AMBER BROOKS,**

       **Plaintiffs,**

v.

**MENTOR WORLDWIDE, LLC,**

       **Defendant.**
_____/

**CIVIL ACTION**

Case No. 19-cv-02088-KHV

## NOTICE OF APPEAL

Notice is hereby given that JAMIE GALE and AMBER BROOKS, plaintiffs in the above-named case, hereby appeal to the United States Court of appeal for the Tenth Circuit from the Memorandum and Order [D. 40] dismissing this action entered on September 23, 2019. The Clerk entered final judgment on September 24, 2019.

Date: October 23, 2019

                                    Respectfully submitted,

                                    **PREUSS | FOSTER**

                                    */s/ Thomas J. Preuss*
                                    Thomas J. Preuss, KS 21431
                                    10601 Mission Rd., Suite 250
                                    Leawood, KS 66206
                                    Phone   816-307-2788
                                    Fax      816-336-9705
                                    tjpreuss@pflaw.com
                                    *Attorneys for Plaintiffs*

                                    **DOGALI LAW GROUP, P.A.**

                                    Andy Dogali, Esq., PHV
                                    Barbara U. Uberoi, Esq., PHV
                                    SunTrust Financial Centre
                                    401 East Jackson St., Suite 1825
                                    Tampa, FL 33602

Phone   813.289.0700
adogali@dogalilaw.com
buberoi@dogalilaw.com
*Attorneys for Plaintiffs*

**LENZE LAWYERS, PLC**

Jennifer Lenze, Esq., PHV
Amanda McGee, Esq., PHV
1300 Highland Avenue, Suite 207
Manhattan Beach, CA 90266
Phone   310-322-8800
Fax       310-322-8811
jlenze@lenzelawyers.com
mcgee@lenzelawyers.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served on this 23rd day of October 2019 via the courts electronic filing system to all parties of record.

*/s/Thomas J. Preuss*