# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 8, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Amber Brooks, et al.
v. Mentor Worldwide LLC
No. 20-1822
(Your No. 19-3240)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk